No. 182. J. D. BOXLEY *v.* E. M. SCOTT ET AL. Error to the Supreme Court of the State of Oklahoma. Submitted January 23, 1919. Decided January 27, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Harry H. Rogers* for plaintiff in error. *Mr. William P. Langston* for defendants in error.

---

No. 183. BALTIMORE & OHIO RAILROAD COMPANY ET AL. *v.* LOUIS BLOCK. Error to the Supreme Court of Appeals of the State of Virginia. Submitted January 23, 1919. Decided January 27, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Rudolph Bumgardner* for plaintiffs in error. *Mr. V. R. Shackelford* for defendant in error.

---

No. 306. NEW ORLEANS LAND COMPANY ET AL. *v.* LEADER REALTY COMPANY. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted January 13, 1919. Decided January 27, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Charles Louque* and *Mr. W. O. Hart* for plaintiffs in error. *Mr. William Winans Wall* and *Mr. Gustave Lemle* for defendant in error.